UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CYNTHIA OLIVER** ) | Case Number 2:12-cv-04981-SD |
| ) | |
| **Plaintiff** ) | |
| ) | |
| vs. ) | STIPULATION OF DISMISSAL |
| ) | |
| **WELTMAN, WEINBERG & REIS** ) | |
| **CO., L.P.A.** ) | |
| **Defendant** ) | |
| ) | |

## STIPULATION OF DISMISSAL

AND NOW, this 7th day of January 2013, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant that the above captioned matter be dismissed with prejudice. All parties shall bear their own costs and attorney's fees.

Vullings Law Group, LLC

BY: /s/ *Brent F. Vullings*
      Brent F. Vullings, Esquire
      Attorney for Plaintiff

Weltman Weinberg & Reis

BY: /s/ *Michael J. Dougherty*
      Michael J. Dougherty, Esquire
      Attorney for Defendant