UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA OLIVER )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>WELTMAN, WEINBERG & REIS )<br>CO., L.P.A. )<br>Defendant )<br>) | Case Number 2:12-cv-04981-SD<br><br>STIPULATION OF DISMISSAL |

## STIPULATION OF DISMISSAL

AND NOW, this 7th day of January 2013, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant that the above captioned matter be dismissed with prejudice. All parties shall bear their own costs and attorney's fees.

Vullings Law Group, LLC

BY: /s/ Brent F. Vullings
Brent F. Vullings, Esquire
Attorney for Plaintiff

Weltman Weinberg & Reis

BY: /s/ Michael J. Dougherty
Michael J. Dougherty, Esquire
Attorney for Defendant

APPROVED and SO ORDERED:

_____
January 8, 2013